UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PATRICIA SWEET,

                                            Plaintiff,

-against-

BONNIE CASTLE YACH BASIN; RICHARD DRAKE, individually as an aider and abettor; JAMES HAGEN, individually as an aider and abettor; HAROLD HEATH, individually as an aider and abettor; RICHARD PECK, individually as an aider and abettor; KENITH BELFIELD, individually as an aider and abettor; and NORMAN HUTCHINSON, individually as an aider and abettor,

                                            Defendants,

**STIPULATION AND CONSENT ORDER OF DISMISSAL WITH PREJUDICE**
Case No. 08-cv-679

---

The above-named parties, by and through their undersigned attorneys, the said parties being all parties who have appeared in this action, none of whom is an infant, an incompetent person for whom a committee has been appointed or a conservatee, and there being no person not a party who has an interest in the subject matter of the action, hereby stipulate and agree, in accordance with a Settlement Agreement dated March 31, 2010, that this action shall be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice and on the merits, each party to bear their own costs incurred prior to the date of this stipulation.

DATED:     Syracuse, New York
               June ___, 2010

For the Plaintiff:
**HADDAD LAW OFFICE, P.C.**

By: _/s/ Laurin Haddad_
Laurin Haddad, Esq.
Haddad Law Office, P.C.
333 East Onondaga Street, Suite 300
Syracuse, New York 13202
Telephone: (315) 849-1443

For the Defendants:
**LAW FIRM OF ANTONUCCI**

By: _/s/ David P. Antonucci_
David P. Antonucci, Esq.
Law Firm of Antonucci
12 Public Square
Watertown, New York 13601
Telephone: 315-788-7300

IT IS SO ORDERED, this __26th__ day of __July__, 2010

_/s/ Andrew T. Baxter_
**Hon. Andrew T. Baxter**
**U.S. Magistrate Judge**